O

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR 11-122-CAS |
|         Plaintiff, ) | |
|   v. ) | REVOCATION OF SUPERVISED |
| BECKY RIVAS, ) | RELEASE AND JUDGMENT |
|         Defendant. ) | |
| _____ ) | |

      On October 29, 2011, this matter came before the Court on Petition on Probation and Supervised Release originally filed on June 13, 2011. Government counsel, Daffodil Tyminski, the defendant and her appointed attorney, DFPD Anne Hwang, were present. The U.S. Probation Officer, Grant A. Meyers, was also present.

      The defendant admits violation of her supervised release, as stated in the Petition filed on June 13, 2011. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on November 30, 2010.

      IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for a term of twenty-five (25)days (time served), with ninety (90) days of supervision to follow, at which time supervision will be terminated.

The Court ORDERS the defendant to be released forthwith. See also Release Order

1 | #D9192.

2 | IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States
3 | Marshal or other qualified officer and that said copy shall serve as the commitment of
4 | defendant.

6 | FILE/DATED: October 20, 2011

*/s/ Christina A. Snyder*
_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
    Rita Sanchez, Deputy Clerk