Case 2:11-cr-00122-CAS   Document 17   Filed 11/15/11   Page 1 of 2   Page ID #:31

FILED
CLERK, U.S. DISTRICT COURT
NOV 1 5 2011
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

1
2
3
4
5

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>v.<br><br>Becky Rivas<br><br>           Defendant. | CASE NO. CR 11-122-CAS<br><br>ORDER OF DETENTION<br><br>[Fed. R. Crim. P. 32.1(a)(6);<br>18 U.S.C. § 3143 (a)] |

I.

The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the _Cent Dist California_ for alleged violation(s) of the terms and conditions of his/her [probation] [supervised release]; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),

The Court finds that:

A.  (✓)   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on _Prior S/R Violation_ _____

and/or

B. [X]   The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on _Recent Drug Use_

IT IS THEREFORE ORDERED that the defendant be detained pending further revocation proceedings.

Dated: Nov 15, 2011

MICHAEL R. WILNER
UNITED STATES MAGISTRATE JUDGE